# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Bob Tukin,

Plaintiff(s),

v.

Halsted Financial Services, LLC,

Defendant(s).

Case No.  1:21-cv-25
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

       which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: In favor of Defendant Halsted Financial Services, LLC and against Plaintiff Bob Tukin.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion for partial summary judgment.

Date:  7/12/2022

Thomas G. Bruton, Clerk of Court

David Lynn , Deputy Clerk