**Exhibit F**



**BARRON & NEWBURGER, P.C.**

7320 N. Mopac Expy Ste 400
Greystone II
Austin, TX 78731
512-476-9103
www.bn-lawyers.com
Tax Identification No. 74-2400211
BNPC Account #: 15308.3MN

**Resurgent Capital Services, L.P.**

Brian S. Glass, Esq., CRCP, General Counsel

# History Bill

*Re: Invoice for Tukin, B-Halsted Financial Services LLC*

**Time**

| Date | Staff | Phase | Description | A Code | Hours | Charges |
|---|---|---|---|---|---|---|
| 7/21/2022 | MN | L250 | Revised and completed motion with brief for 1927 sanctions. | A103 | 2.80 | $1,050.00 |
| 6/9/2021 | MN | L240 | Conversation with Brian re: XXXXXXXXX XXXXXXX XXXXXXXX. | A106 | 0.20 | $75.00 |
| 6/22/2021 | MN | L230 | Prep. for status conference. | A101 | 0.20 | $75.00 |
| 6/22/2021 | MN | L230 | Status conference with the Court. | A109 | 0.70 | $262.50 |
| 6/22/2021 | KC | L330 | Review and analysis of plaintiff's deposition transcript for purposes of preparing Rule 12(b)(1) motion to dismiss or, in the alternative, motion for partial summary judgment. | A104 | 1.20 | $420.00 |
| 6/23/2021 | MN | L120 | Analysis of issues relating to 12(b)(1) vs. Rule 56 motion. | A104 | 0.40 | $150.00 |
| 1/7/2022 | MN | L240 | Revised Focus One declaration based on their comments. | A103 | 0.50 | $187.50 |
| 1/17/2022 | MN | L240 | Continued work on MSJ. | A103 | 1.40 | $525.00 |
| 1/18/2022 | MN | L240 | Work on MSJ declarations. | A103 | 0.90 | $337.50 |
| 1/19/2022 | MN | L240 | Substantially revised and redrafted the declarations in support of the MSJ. | A103 | 2.40 | $900.00 |
| 1/19/2022 | MN | L240 | Conversation with Brian re: XXXX XXXXXXXXXXXX. | A106 | 0.20 | $75.00 |
| 1/24/2022 | MN | L240 | Revised Halsted declaration. Analysis of additional changes that will be necessary as a result of info from Brian. | A103 | 0.20 | $75.00 |
| 1/26/2022 | MN | L240 | Revised Focus One declaration. | A104 | 0.40 | $150.00 |

| Date | Initials | Code | Description | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/27/2022 | MN | L240 | Continued work on MSJ. | A103 | 2.60 | $975.00 |
| 1/28/2022 | MN | L310 | Drafted and revised amended Rule 26(a)(1) disclosures. | A103 | 0.80 | $300.00 |
| 1/28/2022 | MN | L240 | Completed draft of MSJ brief. | A103 | 4.30 | $1,612.50 |
| 1/29/2022 | BJS | L240 | Revised Brief in Support of Partial Motion for Summary Judgment as requested by MHN. | A103 | 0.60 | $165.00 |
| 1/30/2022 | MN | L240 | Finished and revised SOMF in support of MSJ. | A103 | 3.40 | $1,275.00 |
| 1/30/2022 | MN | L240 | Revised f MSJ to keep it within page limit of LT 56 and avoid the need to seek leave for a larger brief. | A103 | 2.70 | $1,012.50 |
| 1/31/2022 | MN | L240 | Redactions for MSJ. | A103 | 1.10 | $412.50 |
| 1/31/2022 | MN | L240 | Call to Brian re:XXXXXXXXXX XXXXX XXXXXXXXXX. | A106 | 0.10 | $37.50 |
| 1/31/2022 | MN | L240 | Conversation with Wes re: XXXXXX XXXXXXXXXXXXXXXX. | A106 | 0.20 | $75.00 |
| 1/31/2022 | MN | L240 | Drafted Stip to Dismiss. | A103 | 0.10 | No Charge |
| 1/31/2022 | MN | L240 | Finalized the MSJ packet for filing. | A103 | 1.60 | $600.00 |
| 1/31/2022 | BJS | L250 | Investigated and analyzed whether the Court can retain jurisdiction for the purposes of awarding sanctions after a dismissal for lack of Art. III jurisdiction. | A104 | 0.70 | $192.50 |
| 5/31/2022 | MN | L250 | Work on fees motion. | A103 | 0.60 | $225.00 |
| 10/7/2021 | LS | L110 | Review file in preparation to respond to discovery requests. | A104 | 2.10 | $630.00 |
| 10/11/2021 | MN | L310 | Work on written discovery responses. | A103 | 2.20 | $825.00 |
| 10/11/2021 | MN | L310 | Continued work on written discovery responses. | A103 | 0.40 | $150.00 |
| 10/12/2021 | LS | L310 | Prepare responses to requests for admission. | A103 | 0.80 | $240.00 |
| 10/12/2021 | LS | L310 | Begin preparing objections and responses to interrogatories. | A103 | 1.10 | $330.00 |
| 10/17/2021 | LS | L310 | Begin preparing objections and responses to requests for production. | A103 | 0.60 | $180.00 |
| 10/18/2021 | LS | L310 | Continue preparing responses and objections to requests for production. | A103 | 0.90 | $270.00 |
| 10/18/2021 | LS | L310 | Continue preparing responses and objections to interrogatories. | A103 | 1.30 | $390.00 |
| 10/19/2021 | LS | L310 | Edit responses to discovery requests. | A103 | 2.30 | $690.00 |

| Date | Atty | Task | Description | Activity | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/26/2021 | MN | L310 | Work on finalizing discovery answers. | A103 | 0.80 | $300.00 |
| 10/27/2021 | MN | L310 | Finalized interrogatory responses. | A103 | 0.20 | $75.00 |
| 10/28/2021 | MN | L310 | Continued work on RFP responses and the accompanying privilege log. | A103 | 0.40 | $150.00 |
| 3/1/2022 | MN | L240 | Finalized reply brief. | A103 | 0.10 | $37.50 |
| 3/4/2022 | LS | L210 | Begin preparing motion for fees. | A103 | 1.40 | $420.00 |
| 3/4/2022 | LS | L210 | Begin preparing declaration in support of motion for fees. | A103 | 0.70 | $210.00 |
| 3/4/2022 | LS | L210 | Review Seventh Circuit case law on Section 1927 sanctions. | A104 | 0.60 | $180.00 |
| 3/4/2022 | NF | L230 | attend status conference and address summary judgment motion | A109 | 0.90 | $315.00 |
| 3/10/2022 | LS | L210 | Continue reviewing Seventh Circuit case law regarding 1927 fees. | A104 | 2.20 | $660.00 |
| 3/10/2022 | LS | L210 | Continue preparing legal section of motion for fees. | A103 | 1.60 | $480.00 |
| 3/11/2022 | LS | L210 | Continue preparing fact section of motion for fees. | A103 | 2.20 | $660.00 |
| 3/11/2022 | LS | L210 | Continue preparing declaration in support of motion for fees. | A103 | 1.70 | $510.00 |
| 11/4/2021 | LS | L240 | Strategize regarding motion to dismiss. | A104 | 0.20 | $60.00 |
| 11/5/2021 | MN | L320 | Finalized document Production | A103 | 0.40 | $150.00 |
| 11/5/2021 | LS | L240 | Analyze Plaintiff's deposition transcript in preparation to draft motion to dismiss. | A104 | 1.00 | $300.00 |
| 11/8/2021 | LS | L240 | Continue analyzing Plaintiff's deposition transcript in preparation to draft motion to dismiss. | A104 | 1.60 | $480.00 |
| 11/8/2021 | LS | L240 | Analyze 7th Circuit case law regarding standing and risk of harm. | A104 | 0.90 | $270.00 |
| 11/8/2021 | LS | L100 | Analyze Amended Complaint. | A104 | 0.40 | $120.00 |
| 11/8/2021 | LS | L240 | Outline evidence for motion to dismiss. | A104 | 2.60 | $780.00 |
| 8/20/2021 | MN | L230 | Status conference. | A109 | 0.50 | $187.50 |
| 12/10/2021 | NF | L230 | attend court status hearing | A109 | 0.80 | $280.00 |
| 12/16/2021 | MN | L240 | Work on MSJ. | A103 | 3.40 | $1,275.00 |
| 12/17/2021 | MN | L240 | Continued work on MSJ. | A103 | 1.70 | $637.50 |
| 9/12/2021 | MN | L120 | Analysis of possible defense under the terms and conditions | A104 | 0.80 | $300.00 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/13/2021 | MN | L210 | Drafted and revised answer to FAC, including new and expanded affirmative defenses. | A103 | 2.70 | $1,012.50 |
| 9/13/2021 | MN | L210 | Call from Brian re: XXXXXXXXX XXXXXXX. | A106 | 0.40 | $150.00 |
| 9/14/2021 | MN | L210 | Finalized answer to FAC. | A103 | 0.20 | $75.00 |
| 9/15/2021 | MN | L230 | Prep for status conference in order to address need for early SJ motion. | A101 | 0.60 | $225.00 |
| 9/15/2021 | MN | L230 | Analysis of possible continuing violation" issue for status conference. | A104 | 0.40 | $150.00 |
| 9/15/2021 | MN | L120 | Conversation with Nabil re: GLB-related defense. | A105 | 0.20 | $75.00 |
| 9/15/2021 | MN | L230 | Status conference with Judge Wood. | A109 | 0.50 | $187.50 |
| 9/15/2021 | MN | L240 | Meet and confer email to David Barshay re: Art. III and 1692g. | A108 | 0.10 | $37.50 |
| 9/15/2021 | MN | L240 | Conversation with Brian re: XXXXXXX XXXXXXXXXXXXXXXX XXXXXXXX. | A106 | 0.20 | $75.00 |
| 9/22/2021 | MN | Hourly Fee | Call with Halsted and Focus1 teams. | A106 | 1.40 | $525.00 |
| 9/23/2021 | MN | L240 | Preliminary work on FocusOne declaration to support a MSJ. | A103 | 0.50 | $187.50 |
| 9/29/2021 | MN | L310 | Review of written discovery from plaintiff. | A104 | 0.20 | $75.00 |
| 7/7/2021 | MN | L330 | Travel to Chicago for deposition. | A109 | 4.50 | No Charge |
| 7/7/2021 | MN | L330 | Prep for meeting with client to get ready for deposition. | A101 | 1.60 | $600.00 |
| 7/8/2021 | MN | L330 | Meeting at Halsted to prepare for depositions. | A101 | 6.40 | $2,400.00 |
| 7/9/2021 | MN | L330 | Travel home from deposition trip. | A109 | 4.30 | $1,612.50 |
| 7/13/2021 | MN | L120 | Analysis of POA from Wes. | A104 | 0.40 | $150.00 |
| 7/13/2021 | MN | L300 | Drafted and revised letter to David Barshay re: discovery issues. | A103 | 0.40 | $150.00 |
| 7/28/2021 | MN | L310 | Review of Plaintiff's supplemental Rule 26 disclosures to assess their adequacy. | A104 | 0.20 | $75.00 |
| 7/28/2021 | MN | L230 | Drafted and revised Halsted's portion of the status report. | A103 | 0.30 | $112.50 |
| 5/17/2021 | MN | L250 | Drafted and revised status report ordered by the Court. | A103 | 0.50 | $187.50 |
| 5/17/2021 | MN | L230 | Finalized status report. | A103 | 0.20 | $75.00 |

| Date | | Phase | Description | | Task | Hours | Charges |
|---|---|---|---|---|---|---|---|
| 2/1/2022 | MN | L230 | Prep for status conference. | | A101 | 0.20 | $75.00 |
| 2/1/2022 | MN | L230 | Status conference. | | A109 | 0.20 | $75.00 |
| 2/1/2022 | MN | L230 | Report to client on status conference and on procedure for seeking fees and my recommended approach. | | A106 | 0.50 | $187.50 |
| 2/17/2022 | MN | L230 | Status conference with Judge Wood. | | A109 | 0.30 | $112.50 |
| 2/20/2022 | MN | L250 | Preliminary analysis for 1927 motion. | | A104 | 0.80 | $300.00 |
| 2/26/2022 | LS | L250 | Review initial outline of motion for fees. | | A104 | 0.50 | $150.00 |
| 2/28/2022 | MN | L240 | Drafted reply brief. | | A103 | 0.20 | $75.00 |
| **Time Total** | | | | | | **98.00** | **$32,820.00** |

**Expense**

| Date | Phase | Description | Charges |
|---|---|---|---|
| 6/26/2021 | E110 | Airfare to Chicago to defend deposition. | $454.80 |
| 7/7/2021 | E110 | Uber fare to Austin airport | $32.31 |
| 7/7/2021 | E110 | Uber fare from ORD to hotel. | $38.94 |
| 7/8/2021 | E110 | Out of Town Travel-Hotel Expense 07-08-21 | $208.75 |
| 7/8/2021 | E110 | Uber fare from hotel to client's office | $8.90 |
| 1/31/2022 | E108 | FedEx to Judge Andrea Wood | $73.21 |
| **Expense Total** | | | **$816.91** |

| | |
|---|---|
| Total New Charges | **$33,636.91** |
| Previous Balance | **$0.00** |

Payments

| Date | Type | Description | Amount |
|---|---|---|---|
| 5/14/2021 | Payment | April payment skipped entry | -$2,285.00 |
| 5/14/2021 | Payment | | -$360.00 |
| 6/11/2021 | Payment | | -$3,975.00 |
| 7/6/2021 | Credit | #rate correction | -$30.00 |
| 7/14/2021 | Payment | | -$1,407.30 |
| 8/6/2021 | Payment | | -$5,388.90 |
| 9/22/2021 | Payment | | -$187.50 |
| 10/17/2021 | Payment | | -$3,075.00 |
| 11/19/2021 | Payment | | -$4,230.00 |
| 12/1/2021 | Credit | | -$270.00 |
| 12/15/2021 | Payment | | -$1,890.00 |

| Date | Description | Amount |
|---|---|---|
| 1/7/2022 | Payment | -$2,192.50 |
| 2/4/2022 | Payment | -$8,907.50 |
| 3/4/2022 | Payment | -$1,048.21 |
| 4/15/2022 | Payment | -$3,472.50 |
| 6/15/2022 | Payment | -$225.00 |
| | Total Payments and Credits | **-$38,944.41** |
| | **Balance Due** | **-$5,307.50** |